# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARK DOWDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   NO.  12-cv-335-WDS-SCW |
| | ) |
| UNITED STATES STEEL CORPORATION d/b/a GRANITE CITY WORKS, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 11, 2013 (Doc. 24), and the Stipulation of Dismissal filed on March 13, 2013 (Doc. 25), this case is **DISMISSED** with prejudice.  Each party shall bear its own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY:  /s/ *Cheryl A. Ritter*
       **Deputy Clerk**

Dated:   7 January 2013


APPROVED: WILLIAM D. STIEHL
                    U. S. DISTRICT JUDGE